**Commonwealth of PUERTO RICO, et al., petitioners, v. FRANKLIN CALIFORNIA TAX–FREE TRUST, et al.**

No. 15–233.

Dec. 4, 2015.

Motion of Fundacion Angel Ramos, Inc., et al. for leave to file a brief as *amici curiae* in No. 15–233 granted. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit granted. The case is consolidated and a total of one hour is allotted for oral argument.

Justice ALITO took no part in the consideration or decision of this motion and this petition.